UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES H. MOORE,

    Plaintiff,

v.                                                    CASE NO: 8:07-cv-341-T-23MSS

ANDERSON, CRENSHAW & ASSOCIATES,

    Defendant.
_____/

## **ORDER**

A July 10, 2007, order (Doc. 9) directed the plaintiff to show, on or before July 25, 2007, why this action should not be dismissed for failure to prosecute and failure to file a case management report.  The order cautioned that failure to comply would result in dismissal of the action without further notice.  The plaintiff fails to submit a case management report, file a response, or move to extend the time for a response.  Accordingly, this action is **DISMISSED** for lack of prosecution.  See Local Rule 3.10.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on August 13, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE